## SOUTHERN RAILWAY COMPANY v. HIGGINS.

FISH, J. This being the first grant of a new trial, the judgment below will not be disturbed by this court; for, although the new trial was granted upon a special ground, it does not affirmatively appear that the law and the facts necessarily required the verdict which the jury rendered. Civil Code, § 5585; *Johnson* v. *Georgia R. R. Co.*, ante, 577.

*Judgment affirmed. All the Justices concurring.*

Argued June 18, — Decided July 28, 1897.

Action for damages. Before Judge Ross. City court of Macon. September term, 1896.

*Hill, Harris & Birch*, for plaintiff in error.
*R. C. Jordan* and *Preston & Ayer*, contra.

---

## BALCH v. CARLING.

LUMPKIN, P. J. This being an action by a tenant against a landlord for personal injuries alleged to have been occasioned by the defendant's failure to keep in proper and safe repair a certain veranda-railing, and the question of the plaintiff's right to recover being dependent upon whether or not he was guilty of negligence in putting the railing to an improper use by sitting upon it, and the evidence for the plaintiff affirmatively showing that he was in this respect negligent, and might by the exercise of ordinary care have avoided the injuries, there was no error in granting a nonsuit. *Judgment affirmed. All the Justices concurring.*

Argued June 18, — Decided July 27, 1897.

Action for damages. Before Judge Ross. City court of Macon. December term, 1896.

*Estes & Jones*, for plaintiff.
*Dessau, Bartlett & Ellis*, for defendant.